IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| Brian Beggs, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| -*vs*- | ) | No. _____ |
| | ) | |
| Sheriff of Bureau County, Bureau | ) | *(jury demand)* |
| County, Illinois, Advanced | ) | |
| Correctional Healthcare, Inc., Dr. | ) | |
| Karen Butler, Physician's | ) | |
| Assistant Dan Williams, and Nurse | ) | |
| Peterson, | ) | |
| | ) | |
| *Defendants.* | ) | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1.      This is a civil action arising under 42 U.S.C. § 1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343.

2.      The events alleged occurred in the Bureau County Jail.

3.      Plaintiff Brian Beggs is a resident of the Northern District of Illinois. Plaintiff is not currently confined in any jail or prison.

4.      Defendant Sheriff of Bureau County is sued in his official capacity only.

5.      Defendant Bureau County is joined in this action pursuant to *Carver v. Sheriff of LaSalle County*, 324 F.2d 947 (7th Cir. 2003). In

addition, defendant Bureau County shares responsibility for the policies complained of herein.

6.     Defendant Advanced Correctional Healthcare, Inc. ("ACH") is a foreign limited liability company in the business of providing health care services to detainees in correctional facilities throughout the United States; at the time of the events complained of herein, defendant ACH was under contract to Bureau County to provide correctional health care and health care management services to persons detained at the Bureau County Jail.

7.     Defendant Dr. Karen Butler was, at all times relevant to the events at issue in this case, the regional medical director for ACH and was the medical doctor at Bureau County Jail.

8.     Defendant Dan Williams is a licensed physician's assistant who, at all times relevant to the events at issue in this case, was employed by ACH to work at the Bureau County Jail.

9.     Defendant Nurse Peterson is a licensed practical nurse who, at all times relevant to the events at issue in this case, was employed by ACH to work at the Bureau County Jail.

10.     Plaintiff was detained at the Bureau County Jail from on or about June 3, 2014 to on or about September 26, 2014. Thereafter, plaintiff

was detained at the Whiteside County Jail until he entered the Illinois Department of Corrections

11.   When plaintiff was processed into the jail, he informed defendants Williams and Peterson that he was taking prescription medications for a variety of serious medical needs, and that, if deprived of these medications, plaintiff was likely to experience a variety of ailments, including mood swings, auditory hallucinations, and seizures.

12.   In accordance with the official policies of defendants Sheriff, Bureau County, and ACH, defendant Dr. Butler delegated to defendants Williams and Peterson the final decisionmaking authority to determine whether a detainee entering the Bureau County Jail should  continue to receive previously prescribed medication.

13.   In accordance with the official policies of defendants Sheriff, Bureau County, and ACH, defendants Williams and Peterson determined that defendant should not receive the medications that had previously been prescribed for mood swings, auditory hallucinations, and seizures.

14.   Despite plaintiff's complaints, and manifestations of symptoms indicating that he was being harmed by the discontinuation of his medications, plaintiff was never provided with the previously prescribed medications while at the Bureau County Jail.

15. After plaintiff was transferred to the custody of the Illinois Department of Corrections in October 2014, a physician determined that plaintiff required the previously prescribed medications, and it was provided to him during his stay in the Illinois Department of Corrections.

16. Plaintiff suffered personal injuries and was deprived of rights secured by the Fourteenth Amendment as the direct and proximate result of one or more of the following:

   a. The policy of defendants Sheriff, Bureau County, and ACH to authorize a non-physician to discontinue medication that a physician had previously prescribed for a serious health need,

   b. The act of defendant Butler to delegate to non-physicians the power to discontinue medication that a physician had previously prescribed for a serious health need, and

   c. The acts of defendants Williams and Peterson to discontinue medication that a physician had previously prescribed for a serious health need.

17. Plaintiff demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered against defendants Bureau County Sheriff, Bureau County, and ACH for appropriate compensatory damages and against defendants Butler, Williams, and Peterson for appropriate compensatory and punitive

damages, and that the costs of this action, including reasonable attorneys'

fees, be taxed against defendants.

/s/  <u>Kenneth N. Flaxman</u>
Kenneth N. Flaxman
ARDC No. 830399
Joel A. Flaxman
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
*Attorneys for Plaintiff*